IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**


Criminal Case No. 10-cr-00281-PAB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MATTHEW J. McNEILL,

      Defendant.

---

## ORDER CONTINUING PROBATION AND
## MODIFYING THE CONDITIONS OF PROBATION

---

      THIS MATTER was before the Court for a probation violation hearing on February 1, 2013, upon report of the probation officer that the defendant violated the terms and conditions of his probation.  The defendant admitted to violations 1 through 6, as alleged in the probation officer's petition.  Accordingly, it is

      ORDERED that the defendant's term of probation be continued with the following special conditions:

1.     During the term of supervision, the defendant shall not consume or possess any alcohol.

2.     The defendant shall not frequent establishments whose primary business is the sale of alcoholic beverages.

3.     The defendant shall participate in and successfully complete a program of testing and/or inpatient or outpatient treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer.

4.     The defendant shall ingest monitored Antabuse, if not medically contraindicated.  This condition may be held in abeyance based on the availability of services in the location where the defendant is approved to reside.

5.    The defendant shall pay restitution to the victim, South Dakota Department of Child Support in the amount of $51,931.12, and shall be credited for any payments already made.

6.    The defendant shall apply all monies received from income tax refunds, lottery winnings, judgements, and any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

7.    The defendant shall establish a garnishment with any employer for current child support obligations, and maintain the garnishment throughout his term of supervision.

8.    The defendant shall provide the Probation Office with access to any requested financial information.

9.    The defendant's residence must be pre-approved by the Probation Office.

10.   If the defendant does not have a viable residence at the time he completes the Salvation Army program, he shall reside in a residential reentry center for a period of up to 180 days, to commence upon his release from the Salvation Army Program, or anytime thereafter during the course of his supervision, if deemed appropriate by the Probation Office, and shall observe the rules and regulations of that facility. It is

FURTHER ORDERED the defendant shall pay the outstanding balance of the restitution and special assessment.


DATED at Denver, Colorado, this _5th_ day of February, 2013.


                              BY THE COURT:


                               s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge